UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Christopher Hanna

v.                                                                  Case Number: 4:24–cv–02359

City of Humble, Texas, et al.

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Keith P Ellison

**PLACE:**
Courtroom 3A Houston
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 3/11/2025

**TIME:** 02:30 PM

**TYPE OF PROCEEDING:** Motion Hearing
Motion to Dismiss – #22

Date:   February 28, 2025

                                                                                        Nathan Ochsner, Clerk